IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC., *et. al.* ) | |
| ) | CIVIL ACTION FILE NO. |
| v.   ) | |
| ) | 1:09-CV-594-TWT |
| METROPOLITAN ATLANTA   ) | |
| RAPID TRANSIT AUTHORITY, *et. al.* ) | |
| ) | |
| Defendants   ) | |

## PLAINTIFFS' MOTION *IN LIMINE*

Plaintiffs move for an order *in limine,* to prevent Defendants' from using evidence, either at trial or in a dispositive motion, whose purpose is to establish the actions of Defendants during the October 14, 2008 encounter between Plaintiff Raissi and Defendants Nicholas and Milton. In support of this Motion, Plaintiffs rely on their accompanying Memorandum of Law and documents cited in the Memorandum.

JOHN R. MONROE,

\_\_\_/s/ John R. Monroe_____
John R. Monroe
Attorney at Law
9640 Coleman Road
Roswell, GA 30075
Telephone: (678) 362-7650

-1-

Facsimile: (770) 552-9318
john.monroe1@earthlink.net

ATTORNEY FOR PLAINTIFFS

-3-

## CERTIFICATE OF SERVICE

I certify that on August 12, 2009, I filed the foregoing using the ECF system, which automatically will email a coy to:

Ms. Paula M. Nash
pmnash@itsmarta.com

                                                     /s/ John R. Monroe
                                                     John R. Monroe