# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC., *et. al.* ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | |
| ) | 1:09-CV-594-TWT |
| METROPOLITAN ATLANTA ) | |
| RAPID TRANSIT AUTHORITY, *et. al.* ) | |
| ) | |
| Defendants ) | |

## SUPPLEMENT TO PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR SECOND MOTION FOR SUMMARY JUDGMENT

Plaintiffs hereby supplement their Memorandum of Law in Support of their Second Motion for Summary Judgment [Doc. 40-2] and their Statement of Material Facts [Doc. 40-6] to correct a typographical error. On p. 11 of Doc. 40-2 and in ¶ 20 of Doc. 40-6, Plaintiffs incorrectly stated the number of homicides by firearms in 2006 as 16,883. The correct number is 12,791, as reflected on Doc. 40-3 (the CDC's table from which the information was gleaned). The number of suicides by firearms in 2006 was correctly stated in Plaintiffs' Brief as 16,883.

JOHN R. MONROE,

\_\_\_/s/ John R. Monroe_____
John R. Monroe

Attorney at Law
9640 Coleman Road
Roswell, GA 30075
Telephone: (678) 362-7650
Facsimile: (770) 552-9318
john.monroe1@earthlink.net

ATTORNEY FOR PLAINTIFFS

## Local Rule 7.1D Certification

The undersigned counsel certifies that the foregoing was prepared using Times New Roman 14 point, a font and point selection approved in LR 5.1B.

_____/s/ John R. Monroe_____
John R. Monroe

## CERTIFICATE OF SERVICE

I certify that on September 8, 2009, I filed the foregoing using the ECF system, which automatically will email a coy to:

Ms. Paula M. Nash
pmnash@itsmarta.com

                                              /s/ John R. Monroe
                                              John R. Monroe