**Original Transcript**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 17 2009

JAMES N. HATTEN, Clerk
By: /s/ White
Deputy Clerk

GEORGIACARRY.ORG, INC.,
and CHRISTOPHER RAISSI,
    Plaintiffs,

vs.    CIVIL ACTION FILE NO. 1:09-CV-0594

MEROPOLITAN ATLANTA
RAPID TRANSIT AUTHORITY,
WANDA DUNHAM, IN HER
OFFICIAL CAPACITY AS
CHIEF OF THE MARTA
POLICE, JOSEPH DORSEY,
IN HIS OFFICIAL CAPACITY
AS ASSISTANT CHIEF OF
THE MARTA POLICE, OFFICER
DOE 1, OFFICER DOE 2,
OFFICER DOE 3, OFFICER
DOE 4, AND OFFICER
DOE 5,
    Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**DEPOSITION OF**

**CHRISTOPHER RAISSI**

August 14, 2009
10:41 a.m.

2424 Piedmont Road
Floor 6
Atlanta, Georgia

Margaret L. Messer, RPR, CCR-B-2024



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 877.495.0777
Facsimile: 404.495.0766

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com